# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:01cr7-LC

BOBBY GUY KING

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____BOBBY GUY KING_____
                                           Name

and bring him or her forthwith to the nearest magistrate to answer an

### FOR VIOLATION OF CONDITIONS OF PRETRIAL RELEASE

charging him or her with:

VIOLATION OF CONDITIONS OF PRE-TRIAL RELEASE

in violation of Title 18 United States Code, Section(s) 3142

| Jessica J. Lyublanovits | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | February 28, 2019    Pensacola |
| Deputy Clerk: Paula Cawby | Date and Location |

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime       by_____Michael J. Frank_____
Control Act of 1984.                                      Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Northern District Of Florida

U.S.A. vs.   Bobby Guy King                    Docket No.   3:01CR7-001/LAC

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Michael Constantakos  , pretrial services/probation officer, presenting an official report upon the conduct of defendant   Bobby Guy King  , who was placed under pretrial release supervision by the Honorable   Miles G. Davis  , sitting in the court at   Pensacola, Florida   on the   19th   date of   February  ,   2019   under original conditions of supervised release previously imposed with the added special condition of release.

The defendant shall be released on February 20, 2019, at 8:00a.m. to the custody of his grandmother Audrey Holder or Heather Catrett. The defendant shall be immediately transported to the Friary for purposes of detoxification and stabilization. The defendant will enter inpatient treatment at Lakeview Center, Road to Recovery, for a period of not less than 90 days. Upon completion of the inpatient program, the defendant is to follow the recommendation of the treatment provider covering aftercare, which may include Intensive Outpatient Treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 27, 2019, this officer was notified by Tony Morris, counselor at The Road to Recovery, that Mr. King left The Road to Recovery and his current whereabouts were unknown. Mr. Morris noted the following. On February 27, 2019, Mr. King walked out of the Road To Recovery and was seen by Mr. Morris exiting the program. Mr. Morris was able to talk Mr. King back into the program to continue his counseling. Later that same afternoon, Mr. Morris was informed that Mr. King left the unit at approximately 3:00 p.m. and did not return. His current whereabouts are unknown to this officer.

PRAYING THAT THE COURT WILL

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 28, 2019

**CERTIFIED A TRUE COPY**
**Jessica J. Lyublanovits, Clerk of Court**
By _____
    **Deputy Clerk**   Place:

/s/ Mike

Michael Constantakos
United States Probation Officer
Pensacola, Florida

THE COURT ORDERS

[ ] No Action
[X] *The Issuance of a Warrant*
[ ] The Issuance of a Summons
[ ] Other

Considered and ordered __26th__ day of __February__, 2019 and ordered filed and made part of the records in the above case.

_____
U.S. Magistrate Judge

Warrant/Summons Issued:   2/28/2019         s/ Paula Cawley
                                Date          Deputy Clerk